CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 21 2011

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **BARRY LYNN VIA, #1025521** | ) | **CIVIL ACTION NO. 7:11CV0050** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **B.G. WILHELM, ET AL.,** | ) | By: Samuel G. Wilson |
| | ) | United States District Judge |
| **Defendants.** | ) | |

In accordance with the accompanying memorandum opinion, it is now

## ORDERED

as follows:

1. That the plaintiff's motion for a preliminary injunction alleging harassment by staff at ROSP (Dkt. No. 12) is **DENIED.**

2. That the plaintiff's motion for a preliminary injunction alleging denial of legal copies, notary services and library access (Dkt. No. 22) is **DENIED.**

The clerk will send a copy of this order and the accompanying memorandum opinion to plaintiff and counsel of record for the defendants.

ENTER: This 21st day of June, 2011.

_____
United States District Judge