CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 09 2011

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BARRY LYNN VIA, ) | |
| ) | Civil Action No. 7:11cv00050 |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| B.G. WILHELM, et al., ) | By: Samuel G. Wilson |
| ) | United States District Judge |
| Defendants. ) | |

In accordance with the court's memorandum opinion entered on this date, it is hereby

**ORDERED** and **ADJUDGED** that the defendants' motion for summary judgment is **GRANTED** and the case is **STRICKEN** from the court's docket.

**ENTER**: This 9th day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE